#3 \ **FILED**
MAR 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Felony*  LF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO**
If the answer is "Yes", list the case number and title of the earliest filed complaint:

**08CR 236**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**
If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**JUDGE JOAN H. LEFKOW**

**MAGISTRATE JUDGE MASON**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**
If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
**Other Fraud (III)**

10) List the statute of each of the offenses charged in the indictment or information.
18 USC 1343 and 18 USC 1344

Kenneth E. Yeadon
Assistant United States Attorney