Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE JOAN H. LEFKOW** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | **08CR 236** 05 GJ 681 | DATE | MARCH 20, 2008 |
| CASE TITLE | US v. ROSS WEISSENHOFER | **MAGISTRATE JUDGE MASON** | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Michael T. Mason_

**Docket Entry:**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**FILED**
MAR 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____  (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | Number of notices | DOCKET# |
| No notices required. | | Date docketed | |
| Notices mailed by judge's staff. | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | |
| Docketing to mail notices | | Date mailed notice | |
| Mail AO 450 form. | | | |
| Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |