# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number:   1:08-CR-236

UNITED STATES OF AMERICA

      v.

ROSS WEISSENHOFER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROSS WEISSENHOFER

| |
|---|
| Daniel E. Radakovich |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ |
| |
| 900 West Jackson Boulevard, Suite 5 East |
| Chicago, Illinois 60607 |

| | |
|---|---|
| 2274272 | (312)733-5116 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  X | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL X    APPOINTED COUNSEL ☐