## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 236 | **DATE** | 3/27/2008 |
| **CASE TITLE** | United States vs. Ross Weissenhofer | | |

**DOCKET ENTRY TEXT**

Arraignment and initial appearance proceedings held on 3/27/08. Defendant informed of his rights. Defendant enters a plea of not guilty to the Indictment. Daniel Radiakovich is given leave to file his appearance on behalf of defendant. Rule 16.1(a) conference to be held by 4/3/08. Pretrial motions to be filed by 4/17/08. Responses to be filed by 5/1/08. Replies to be filed by 5/8/08. Status hearing before Judge Lefkow set for 5/14/08 at 9:45 a.m. Government and defendant agree on certain conditions of release. Time is excluded pursuant to 18:3161(h)(1)(F).   (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|