UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | Case No.  08-CR- 236 |
| ) | |
| -vs-   ) | Judge Joan Lefkow |
| ) | Magistrate Judge Mason |
| ) | |
| ) | |
| ROSS WEISSENHOFER   ) | |

### MOTION FOR PERMISSION TO TRAVEL OUT-OF-STATE

NOW COMES the Defendant herein, ROSS WEISSENHOFER, by and through his attorney, DANIEL E. RADAKOVICH, and respectfully prays this Honorable Court to enter an Order allowing the Defendant to travel out-of-state with his family for vacation from July 18 through and including July 23, 2008 and in support whereof states as follows:

1. That the Defendant Ross Weissenhofer is currently on a Recognizance Bond in the amount of four thousand five hundred dollars ($4,500.00) and is permitted to travel out-of-state for work purposes.

2. That the Defendant Ross Weissenhofer reports to United States Pre-trial Services Officer Christa L. Brown of the United States Pre-trial Services.  Further, based upon information and belief, Defendant Weissenhofer has complied with all of the conditions of his release on bond.

3. That the Defendant Ross Weissenhofer's wife Holly has earned a trip to Orlando, Florida as a type of "reward" (bonus) through her performance on her job.  Defendant, his wife Holly Weissenhofer and their three (3) children are desirous of taking advantage of this trip to travel to Orlando, Florida leaving Chicago on July 18, 2008 and returning on July 23, 2008 as per their Southwest Airlines itinerary attached hereto.  Further, that Defendant's wife Holly Weissenhofer is scheduled to remain in Orlando, Florida through July 26, 2008 for business purposes. (For security and privacy purposes copies of the travel itineraries are not being filed electronically but are being provided to the Court, Government and United States Pre-trial Services via letter under separate cover.)

4. That the Government has no objection to this Motion.  Defendant's Attorney Dan Radakovich spoke with Assistant United States Attorney Kenneth E. Yeadon in Court on June 25, 2008 and AUSA Yeadon indicated that the Government had no objection to this Motion.

5. That defense counsel has made attempts to call United States Pre-trial Officer Christa L. Brown to ascertain the U.S. Probation Officer's position as to this motion but has not, as yet, been able to speak with Officer Brown.

6. That the Defendant has no objection to this Honorable Court ruling on this Motion without the Defendant being present in Court.  Should this Honorable Court wish the Defendant

and/or his attorney to appear in Court for the presentation of this Motion the Defendant will, of course, appear before this Honorable Court.

WHEREFORE, Defendant respectfully prays this Honorable Court to grant the above and foregoing Motion allowing Defendant to travel to Orlando, Florida with his family leaving Chicago on Friday, July 18, 2008 and returning to Chicago on Wednesday, July 23, 2008.

Respectfully submitted,

  /s Daniel E. Radakovich
Daniel E. Radakovich, Attorney for
Defendant Ross Weissenhofer

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2008, I electronically filed the foregoing Motion For Permission to Travel Out-Of-State with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Kenneth E. Yeadon
Assistant U.S. Attorney
219 South Dearborn, Room 500
Chicago Il, 60604

Christa L. Brown
U.S. Pre-trial Services Officer
219 South Dearborn, Room 15100
Chicago, Illinois 60604

s/Daniel E. Radakovich