UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA   , | ) | |
| Plaintiff | ) | |
| -vs- | ) | Case No.  08-CR-236 |
| | ) | |
| ROSS WEISSENHOFER, | ) | Honorable Judge Joan Lefkow |
| Defendant | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on the 16th of July, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Joan Lefkow in courtroom 1925 of the Dirksen Federal Courthouse, 219 South Dearborn, Chicago, Illinois and shall then and there present Defendant's Motion for Permission to Travel Out-of-State.

                                                                                                 /s Daniel E. Radakovich
                                                                                                    Daniel E. Radakovich

900 West Jackson Blvd., Ste 5-E
Chicago, Illinois 60607
(312) 733-5116

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2008, I electronically filed the foregoing Motion For Permission to Travel Out-Of-State with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Kenneth E. Yeadon
Assistant U.S. Attorney
219 South Dearborn, Room 500
Chicago Il, 60604

Christa L. Brown
U.S. Pre-trial Services Officer
219 South Dearborn, Room 15100
Chicago, Illinois 60604

s/Daniel E. Radakovich