## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 236 - 1 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Ross Weissenhofer | | |

**DOCKET ENTRY TEXT**

Defendant's motion for permission to travel out-of-state [11] is granted. Defendant is allowed to travel to Orlando, Florida with his family from July 18, 2008 through July 23, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|