UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 1:08−cr−00236
                                                Honorable Joan H. Lefkow

Ross Weissenhofer
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow as to Ross Weissenhofer: Status hearing held on 9/3/2008 and continued to 10/8/2008 at 09:30 AM. Defendant's oral motion to allow travel outside of the Northern District of Illinois is granted. Defendant is allowed to travel to Collinsville, Illinois on October 11 through 12, 2008 and to Memphis, Tennessee on November 14 through 16, 2008. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 9/3/2008 through 10/8/2008 is excluded pursuant to 18.3161(h)(8)(A)(B). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.